Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-19642 JKO  
**Case Name:** LETTERESE, PETER D  

**Period Ending:** 06/30/09

**Trustee:** (290850)    Les Osborne  
**Filed (f) or Converted (c):** 12/02/08 (c)  
**§341(a) Meeting Date:** 01/05/09  
**Claims Bar Date:** 06/02/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | cash | 50.00 | 50.00 | DA | 0.00 | FA |
| 2 | Community Bank checking account 3199 | 150.00 | 150.00 | DA | 0.00 | FA |
| 3 | bed , 75, love seat 100 sofa, 100 2 chairs 60 , | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 4 | clothes of debtor | 100.00 | 100.00 | DA | 0.00 | FA |
| 5 | watch glasses | 76.00 | 76.00 | DA | 0.00 | FA |
| 6 | gun Klock 29 basketballs and hoop and pool, poll abandoned gun NOAb 07/08/09, rest will be DA | 200.00 | 200.00 | OA | 0.00 | FA |
| 7 | Crestive Deperation Inc. in Chapter 11 bankruptc | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Arnstein Lehr lawsuit counterclaim | 2,000,000.00 | 2,000,000.00 | | 0.00 | 2,000,000.00 |
| 9 | Letterese v Church of Scientology Rico claims | 10,000,000.00 | 10,000,000.00 | | 0.00 | 10,000,000.00 |
| 10 | pending lawsuit Creative Desperation v American | 1,000,000.00 | 1,000,000.00 | | 0.00 | 1,000,000.00 |
| 11 | pending lawsuit Letterese v Moxon et al | 2,000,000.00 | 2,000,000.00 | | 0.00 | 2,000,000.00 |
| 12 | 2005 Ford Minvan<br>NOAb 07/08/09 | 14,000.00 | 14,000.00 | OA | 0.00 | FA |
| 13 | ANIMAL | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | SANCTION BY BANKRUPTCY COURT  (u)<br>PER C.O. 123 - SHOW CAUSE ORDER | Unknown | 4,635.00 | | 4,635.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.48 | Unknown |

Printed: 07/27/2009 10:33 AM    V.11.21

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-19642 JKO  
**Case Name:** LETTERESE, PETER D  
**Period Ending:** 06/30/09

**Trustee:** (290850)   Les Osborne  
**Filed (f) or Converted (c):** 12/02/08 (c)  
**§341(a) Meeting Date:** 01/05/09  
**Claims Bar Date:** 06/02/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | **Assets     Totals** (Excluding unknown values) | $15,015,576.00 | $15,020,211.00 | | $4,635.48 | $15,000,000.00 |

**Major Activities Affecting Case Closing:**

   CBD: 6/2/09  
   TAx return: probable

This was a chapter 13 conversion. There is a related case called Creative Desperations. Marika Tolz is trustee therein. Early on there was substantial litigation, which seems to have been caused promarily by debtor's former attorney ( who was ultimately sanctioned). Said counsel has withdrawn and the case seems to be moving smoothly now.

Debor did file an appeal of conversion order, case # 09cv60327-CMA.

Debtor has recently made settlement offer to trustee's for both cases. The offer is being documented, and a motion to approve should be filed in mid-late july 09. It is possible this case may be ready for closure by year end, however may be delayed due to payment terms and claims issues.

**Initial Projected Date Of Final Report (TFR):** December 31, 2009    **Current Projected Date Of Final Report (TFR):** December 31, 2009

_____  
July 27, 2009  
Date

/s/ Les Osborne  
_____  
Les Osborne

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-19642 JKO | Trustee: | Les Osborne (290850) |
|---|---|---|---|
| Case Name: | LETTERESE, PETER D | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****75-65 - Money Market Account |
| Taxpayer ID #: | 35-6812030 | Blanket Bond: | $1,442,000.00  (per case limit) |
| Period Ending: | 06/30/09 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/09/09 | {14} | charles franken (trust account) | per de 123 (show cause order) | 1249-000 | 4,635.00 | | 4,635.00 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 4,635.10 |
| 05/11/09 | 1001 | Alan Perlman | PER C.O. DE 90 AND DE 104 | 3991-000 | | 2,610.00 | 2,025.10 |
| 05/11/09 | 1002 | Marika Tolz, c/o GENOVESE JOBLOVE & BATTISTA, P.A. | PER DE 90 & 107 | 3991-000 | | 928.00 | 1,097.10 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 1,097.28 |
| 06/18/09 | 1003 | Simeon Brier | | 3991-120 | | 1,097.00 | 0.28 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 0.48 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,635.48 | 4,635.00 | $0.48 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 4,635.48 | 4,635.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,635.48** | **$4,635.00** | |

{} Asset reference(s)

Printed: 07/27/2009 10:33 AM    V.11.21

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** | 08-19642 JKO |
| **Case Name:** | LETTERESE, PETER D |
| **Taxpayer ID #:** | 35-6812030 |
| **Period Ending:** | 06/30/09 |

| | |
|---|---|
| **Trustee:** | Les Osborne (290850) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****75-65 - Money Market Account |
| **Blanket Bond:** | $1,442,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :         4,635.48
Net Estate :         $4,635.48

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****75-65 | 4,635.48 | 4,635.00 | 0.48 |
| | $4,635.48 | $4,635.00 | $0.48 |

{} Asset reference(s)

Printed: 07/27/2009 10:33 AM    V.11.21