UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                                      Case No.  08-19642-BKC-JKO

Peter D. Letterese,                       Chapter 7

        Debtor.

_____/

### SHERRI B. SIMPSON, ESQ. OF THE LAW OFFICES OF SHERRI B. SIMPSON, P.A.'S, MOTION TO WITHDRAW AS RECORD COUNSEL FOR DEBTOR, PETER LETTERESE

**COMES NOW**, Sherri B. Simpson, Esq., of  the Law Offices of Sherri B. Simpson, P.A., and hereby files this Motion to Withdraw as record counsel for the Debtor, PETER LETTERESE, in the above styled cause, and as grounds in support therefore would state as follows:

1.  That Sherri B. Simpson, Esq., of the Law Offices of Sherri B. Simpson, P.A., is presently counsel of record for the Debtor, PETER LETTERESE.

2.  That certain irreconcilable differences have arisen between the undersigned counsel and the Debtor, PETER LETTERESE.

3.  It is in the best interests of both attorney and client that this Court permit Sherri B. Simpson, Esq., of the Law Offices of Sherri B. Simpson, P.A., to withdraw as attorney on behalf of the above-named Debtor, PETER LETTERESE.

**WHEREFORE**, Sherri B. Simpson, Esq. of the Law Offices of Sherri B. Simpson, P.A, respectfully requests that this Court enter an Order removing her as record counsel for the Debtor, PETER D. LETTERESE, in this cause and directing that all future pleadings and correspondence be sent directly to the Debtor, PETER LETTERESE, at 14581 Old Sheridan Street, SW Ranches FL 33331.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served by electronic notice or by U.S. Mail to all parties on the attached Service List this __14th__

day of March, 2010.

**LAW OFFICES OF SHERRI B. SIMPSON, P.A.**
33 N.E. 2nd Street, Suite 101
Ft. Lauderdale, FL 33301
Tel: (954) 524-4141
Fax: (954) 763-5117
email: sbsimpson@simpson-law-group.com


By:___/s/ Sherri Simpson_____
        Sherri B. Simpson, Esq.
        Fla. Bar No. 869491


## SERVICE LIST

<u>**Via Electronic Notice**</u>:

Charles D Franken     frankencdf@aol.com

John H Genovese    jgenovese@gjb-law.com,
cgreco@gjb-law.com;dsanchez@gjb-law.com;gjbecf@gjb-law.com

Barry P Gruher    bgruher@gjb-law.com,
cbucolo@gjb-law.com;vlambdin@gjb-law.com;gjbecf@gjb-law.com

Bart A Houston     bhouston@gjb-law.com,
vhylton@gjb-law.com;cbucolo@gjb-law.com;ablye@gjb-law.com

Kenneth M Jones     kjones@moodyjones.com

Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov

Leslie S Osborne    osbornetrustee@kennethrappaportlawoffice.com,
lso@trustesolutions.com

Alan J. Perlman     aperlman@adorno.com,
mcalderon@adorno.com;vdueppe@adorno.com

Nemia L. Schulte     nemia2000@aol.com

Sherri B. Simpson     bklaw99@aol.com,
bklaw9999@gmail.com;bkmail@simpson-law-group.com

Jesus M Suarez     jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com

Marika Tolz     TolzECFmail@aol.com, mtolz@ecf.epiqsystems.com


<u>**Via US Mail**</u>:

Simeon D Brier, Esq.                         1 North Clematis St #400
Edwards Angell Palmer & Dodge      West Palm Beach, FL 33401

Alvin Capp
1 Financial Plaza #1610
Ft. Lauderdale, FL 33094

Arnstein & Lehr PA
200 E Las Olas Blvd # 1700
Fort Lauderdale Fl 33301

AT & T Corp
c/o James Grudus
One AT & T Way Rm# 3A218
Bedminster, NJ 07921

Barbara Fawcett
4581 Weston Rd 306
Weston Fl 33331

Bohlig Julaine
1320 NE 7th Avenue # 3
Fort Lauderdale Fl 33304

Church of Scientology International
6331 Hollywood Blvd
Suite 1200
Los Angeles CA 90028

Division of Corporation State of Fl
PO Box 6327
Tallahassee Fl 32314

Dr Douglas Ness
1400 W Benson Blvd Suite 150
Anchorage Alaska 99503

Dr. Marc Schwartz
1600 El Camino Real Suite A
Belmont CA 94002

Dr. Scott Brody
1025 S. Perry Street Suite 105
Castle Rock CO 80104

Fawcett Barbara
4581 Weston Road # 306
Weston Fl 33331

Figueroa Mirtha
5610 Hood Street
Hollywood Fl 33021

Florida Department of Revenue
Post Office Box 6668
Tallahassee, Florida 32314-6668

Ford Motor Credit
POB105697
Atlanta GA 30330

Gallert Dreyer & Berkey
845 3rd Avenue # 8
New York NY 10022

Haviland Darin
2481 NW 87th Avenue
Sunrise Fl 33332

INTERNAL REVENUE SERVICE
7850 SW 6TH COURT
STOP 5730
PLANTATION, FL 33324

Kendrick Moxon

Moxon & Korbin
3055 Wilshire Blvd
Suite 900
Los Angeles CA 90010

Letterese Ramona
4581 Weston Road # 285
Weston Fl 33331

Levey Airam
555 NE 15th St 104
Miami Fl 33132

MCI Communications
One Verizon Way
Basking Ridge NJ 07920

Monge Jose Luis
5610 Hood St
Hollywood Fl 33021

Moxon & Kendrick
3055 Wilshire Blvd 900
Los Angeles CA 90010

Press Martin
Broad & Cassell
100 SE 3rd Avene
Suite 2700
Ft Lauderdale Fl 33394

Public Storage
701 Western Avenue
Glendale CA 91201

SEC Commercial Realty Group
7050 West Palmetto Park Rod # 51
Boca Raton Fl 33433

Shurgard Storage Centers
701 Western Avenue
Glendale CA 91201

Sprint Communications
6500 Sprint Parkway Sutei HL-5A
Overland Park KS 66251

State of Florida
656 Taft Street Suite 300
Hollywood Fl 33024

State of Florida
Unemployment Comp
656 Taft Street Suite 300
Hollywood Fl 33024

Stor All Ltd
1375 West Hillsboro Blvd

Deerfield Beach Fl 33442

Tomilson John CPA
500 West Cypress Creek Rd
Suite 455
Ft Lauderdale Fl 33309

Tree Trimmers & Associates
4301 NE 13th Terrace
Oakland Park Fl 33334

Tree Trimmers & Associates
4301 NE 13th Terrace
Oakland Park Fl 33334

United States Trustee
51 SW 1 Ave., Room 1204
Miami, FL 33130

Verizon Wireless South
Verizon Wireless
POB 3397
Bloomington IL 61701

Verizon Wireless Telecom
One Verizon Way
Basking Ridge NJ 07920

Wandique Casta
5610 Hood Street
Hollywood Fl 33021

Peter Letterese
14581 Old Sheridan Street
Southwest Ranches, FL 33331