

**ORDERED in the Southern District of Florida on March 18, 2010.**

_____
John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| IN RE: | Case No. 08-19642-BKC-JKO |
| PETER D. LETTERESE, | Chapter 7 |
| Debtor. _____/ | |
| CHURCH OF SCIENTOLOGY INTERNATIONAL, and BRIDGE PUBLICATIONS, INC., | Adv.Pro.No. 09-02199-BKC-JKO |
| Plaintiffs, v. | |
| PETER D. LETTERESE, | |
| Defendant. _____/ | |

### FINAL JUDGMENT

THIS MATTER came before the Court upon Plaintiffs', Church of Scientology International and Bridge Publications, Inc. (hereinafter collectively referred to as the "Plaintiffs),

{216496.0001/N0818636_1}

Motion for Entry of Final Judgment (the "Motion") (D.E.#26). The Court having reviewed the file and the Motion, and being otherwise fully advised in the premises; it hereby

ORDERED AND ADJUDGED that:

1. The Motion is Granted, and Final Judgment is hereby entered based on the Default (D.E.#16), whereby the Debtor, Peter Letterese's general discharge is denied pursuant to 11 U.S.C. § 727 of the Bankruptcy Code;

2. Based on the foregoing, the dischargeability issues under § 523 of the Default are subsumed into the relief entered herein pursuant to § 727, and therefore, the relief sought via 11 U.S.C. § 523 is deemed moot; and

3. In view of the denial of discharge herein, the automatic stay imposed under 11 U.S.C. § 362 is hereby terminated, provided however that no party shall proceed against property of the estate in the bankruptcy proceeding, pursuant to U.S.C. § 362(c)(2)(C).

###

Submitted by:

Alan J. Perlman, Esq.
Adorno & Yoss LLP
Attorney for Plaintiffs
350 East Las Olas Boulevard
Suite 1700
Ft. Lauderdale, FL 33301
Telephone: (954) 763-1200
Facsimile: (954) 766-7800

Copies to:

*(Attorney Perlman shall serve a copy of this Order on all interested parties and file a certificate of service with the Court.)*